# In the United States Court of Federal Claims

No. 17-97C

(Filed: June 19, 2017)

```
*************************************  *
                                       *
                                       *
MOLINA HEALTHCARE OF                   *
CALIFORNIA, INC., and                  *
MOLINA HEALTHCARE OF FLORIDA,          *
INC., et al.,                          *
                                       *
              Plaintiffs,              *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
                                       *
*************************************  *
```

## ORDER

As discussed with counsel, the Court will hold oral argument on the Plaintiff's motion for partial summary judgment (Dkt. No. 7) and the Government's cross-motion to dismiss (Dkt. No. 13) on Wednesday, July 12, 2017 at 2:00 PM EDT at the National Courts Building.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge